UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KISHAN CHAN, et al., | CASE NO. CV F 13-1364 LJO BAM |
| Plaintiff, | **ORDER TO VACATE HEARING WITH FILING OF REMAND MOTION** |
| vs. | (Docs. 4, 6) |
| BURLINGTON COAT FACTORY, et al., | |
| Defendants. | |
| _____/ | |

On September 3, 2013, defendants filed their F.R.Civ.P. 12 motion to dismiss plaintiffs' complaint and set an October 10, 2013 hearing. On September 25, 2013, plaintiffs filed their motion to remand for which a November 1, 2013 hearing is set. This Court does not rule on motions to dismiss until its jurisdiction and remand issues are settled. In addition, this Court's practice is to decide motions on the record without a hearing. As such, this Court:

1. VACATES the October 10, 2013 hearing on defendants' motion to dismiss and ORDERS the parties not to appear on October 10, 2013;

1

1       2.      ORDERS plaintiffs, no later than 15 days after issuance of an order to deny remand, to file and serve either: (a) a first amended complaint as a matter of course under F.R.Civ.P. 15(a)(1); or (b) papers to oppose defendants' motion to dismiss; and

        3.      ORDERS defendants, no later than 20 days after service of plaintiffs' first amended complaint or opposition papers, to file and serve, as appropriate, either: (a) a response to the first amended complaint; or (b) reply papers for defendants' motion to dismiss.

        If remand is granted, defendants' motion to dismiss will be deemed moot.

IT IS SO ORDERED.

    Dated:   **September 26, 2013**            /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE