LYNNE C. HERMLE (STATE BAR NO. 99779)
JESSICA R. PERRY (STATE BAR NO. 209321)
TRACY L. SCHEIDTMANN (STATE BAR NO. 223646)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone:     650-614-7400
Facsimile:      650-614-7401
lchermle@orrick.com
jperry@orrick.com
tscheidtmann@orrick.com

Attorneys for Defendants
BURLINGTON COAT FACTORY WAREHOUSE
CORPORATION and BURLINGTON COAT FACTORY OF
CALIFORNIA LLC


NICHOLAS WAGNER (STATE BAR NO. 109455)
ANDREW B. JONES (STATE BAR NO. 76915)
DANIEL KOPFMAN (STATE BAR NO. 192191)
LAW OFFICES OF WAGNER & JONES
1111 East Herndon, Suite 317
Fresno, California  93720
Telephone: 559-449-1800
Facsimile:  559-449-0749

Attorneys for Plaintiffs
KISHAN CHAND and TAYLOR BARRIENTOS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| KISHAN CHAND AND TAYLOR BARRIENTOS,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>BURLINGTON COAT FACTORY, BURLINGTON COAT FACTORY OF CALIFORNIA LLC. and DOES 1-50, inclusive,<br><br>　　　　　　Defendants. | Case No. 13-CV-01364-LJO-BAM<br><br>**STIPULATION AND ORDER TO REMAND OF ACTION TO STATE COURT**<br><br>Date:　　November 1, 2013<br>Time:　　9:00 a.m.<br>Ctrm.:　　8<br>Judge:　　Magistrate Judge Barbara A. McAuliffe |

**STIPULATION**

With respect to the above-referenced action (the "Action"), Plaintiffs Kishan Chand and Taylor Barrientos, through their counsel of record, and Defendants Burlington Coat Factory Warehouse Corporation and Burlington Coat Factory of California, LLC, through their counsel of record, stipulate as follows:

1. Defendants removed this Action to this Court on August 26, 2013, pursuant to the Class Action Fairness Act (28 U.S.C. § 1332(d));

2. On September 25, 2013, Plaintiffs moved to remand this Action to Kern County Superior Court, where it was originally filed, on the basis that the Action is not a class action;

3. Plaintiffs agree to file the First Amended Complaint attached hereto as Exhibit A, which removes all class allegations and certain other requests for relief from Plaintiffs' original complaint and contains no federal question claims;

4. Plaintiffs agree that they intend to pursue the causes of action asserted in the First Amended Complaint on an individual basis only;

5. Based on the foregoing, the Action shall be remanded to the Kern County Superior Court;

6. Within ten (10) days of being notified by the Superior Court in writing that the remand has been effected (such as by notice of a case management conference), Plaintiffs shall file the First Amended Complaint attached hereto as Exhibit A;

7. Defendants shall respond to Plaintiffs' First Amended Complaint within the time allotted by the California Code of Civil Procedure, depending on the manner of service of the First Amended Complaint; and

8. Defendants will not seek to remove the Action following remand, unless Plaintiffs seek to file a Second Amended Complaint and (a) Plaintiffs assert a federal question claim therein, (b) Plaintiffs allege class claims therein, or (c) it becomes apparent that Plaintiffs satisfy the amount in controversy requirement for diversity jurisdiction.

IT IS SO STIPULATED.

Dated: October 21, 2013

LYNNE C. HERMLE
JESSICA R. PERRY
TRACY L. SCHEIDTMANN
Orrick, Herrington & Sutcliffe LLP

By: /s/ Tracy L. Scheidtmann
TRACY L. SCHEIDTMANN
Attorneys for Defendants
BURLINGTON COAT FACTORY WAREHOUSE
CORPORATION and BURLINGTON COAT
FACTORY OF CALIFORNIA LLC

Dated: October 21, 2013

NICHOLAS WAGNER
ANDREW B. JONES
DANIEL KOPFMAN
LAWRENCE M. ARTENIAN
LAW OFFICES OF WAGNER & JONES

By: /s/ Daniel Kopfman
DANIEL KOPFMAN
Attorneys for Plaintiffs
KISHAN CHAND and TAYLOR BARRIENTOS

**ORDER**

Based on the Stipulation of the parties, the Clerk of this Court is directed to remand this Action to the Kern County Superior Court. This action is closed.

IT IS SO ORDERED.

Dated: **October 22, 2013**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE